UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

NEWCO CAPITAL GROUP VI LLC

vs.

Civil Case No. 6:24-CV-06553

SDLA COURIER SERVICE, Inc et al.

DISCLOSURE STATEMENT
**Parties or Intervenors in a Diversity Case under 28 U.S.C. § 1332(a)**

Pursuant to Fed. R. Civ. P. 7.1(a)(2), the undersigned counsel for Newco Capital Group VI LLC, a party to, or who seeks to intervene in, the above captioned action, hereby certifies that the name and citizenship of every individual or entity whose citizenship is attributable to this party are as follows:

New York, Florida and Puerto Rico

12/18/2024

Date

*abouskila*

Signature of Attorney